IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF TELLER, COLORADO;
SHERIFF MIKE EMSINGER, in his official capacity as
Sheriff of the County of Teller, Colorado;
and NIKLOS PINELL,

        Defendants.
_____

ORDER VACATING ORDER OF REFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the order of reference to Magistrate Judge Boyd N. Boland is vacated.

        DATED:   May 29th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge