IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

      Plaintiff,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO;
SHERIFF MIKE ENSMINGER, in his official capacity as Sheriff of the County of Teller, Colorado; and
NICKLOS PINELL,

      Defendants.

_____

**ORDER DISMISSING DEFENDANT THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO, WITH PREJUDICE**
_____

      THE COURT, having reviewed the Stipulated Motion to Dismiss Defendant The Board of County Commissioners of the County of Teller, Colorado, with Prejudice, and being fully advised,

      DOES HEREBY ORDER that Defendant THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO, is dismissed, with prejudice, each party to bear her/its own costs and attorney fees.

      THE COURT FURTHER ORDERS that Defendant THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO, be removed from the caption of this suit.

THIS ORDER ENTERED 5th day of June, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge