IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

    Plaintiff,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO;
SHERIFF MIKE ENSMINGER, in his official capacity as Sheriff of the County of Teller, Colorado; and
NICKLOS PINELL,
Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

    The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

    ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

    Dated: June 5, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

.                                              Richard P. Matsch, Senior District Judge