IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

    Plaintiff,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TELLER, COLORADO;
SHERIFF MIKE ENSMINGER, in his official capacity as Sheriff of the County of Teller, Colorado; and
NICKLOS PINELL,

    Defendants.

_____

## ORDER ADOPTING SCHEDULING ORDER
_____

THE COURT, having reviewed the Joint Motion to Adopt Scheduling Order, and being fully advised,

DOES HEREBY ORDER that the Scheduling Order entered in Case No. 13-cv-00216-RPM-MEH is adopted as the Scheduling Order in this case.

THIS ORDER ENTERED 5th day of June, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge