IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM-MEH

KIMBERLY BERUBE,

    Plaintiff,

v.

SHERIFF MIKE ENSMINGER, in his official capacity, and
NICKLOS PINELL,

    Defendants.

___

**ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER DEADLINES**
___

This comes before this Court on the parties' Stipulated Motion to Modify the Scheduling Order, and this Court, being fully briefed GRANTS the parties' Motion. The Scheduling Order is amended as follows:

    a. Expert Designations **2/29/14**

    b. Rebuttal Expert Designation **4/30/14**

    c. Discovery Deadline **5/29/14**

    d. Dispositive Motions Deadline **6/30/14**

**SO ORDERED** this 4th day of December, 2013.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge