IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

    Plaintiff,

vs.

SHERIFF MIKE ENSMINGER, in his official capacity as Sheriff of the County of Teller, Colorado,

    Defendant.

---

ORDER RE: SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER DEADLINES

---

Upon review of the parties' Second Stipulated Motion to Modify the Scheduling Order Deadlines [51], it is

ORDERED that the Scheduling Order is amended as follows:

    a. Expert Designations **3/28/14**
    b. Contradicting Expert Designations **4/28/14**
    c. Rebuttal Expert Designations **5/30/14**
    d. Discovery Deadline **6/27/14**
    e. Dispositive Motions Deadline **7/30/14**

Dated:  February 20th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

.                        Richard P. Matsch, Senior District Judge