IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00950-RPM

KIMBERLY BERUBE,

     Plaintiff,

v.

SHERIFF MIKE ENSMINGER, in his official capacity as Sheriff of the County of Teller, Colorado,

     Defendant.

## ORDER OF DISMISSAL, WITH PREJUDICE

THE COURT, having reviewed the Stipulated Motion to Dismiss, with Prejudice, and being fully advised,

DOES HEREBY ORDER that this action is dismissed, with prejudice, each party to bear her or his costs and attorney fees, in full.

THIS ORDER ENTERED the 11th day of April, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge